IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00646-LTB

RICHARD CROW,

    Plaintiff,

v.

MEDICAL STAFF CINDI J. SCHULER, P.A. at C.T.C.F., named in the complaint as CINDY SCHULER,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 27, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 27 day of March, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ S. Grimm
                           Deputy Clerk